NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TELIN W. OZIER,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3060

---

Petition for review of the Merit Systems Protection Board in case no. DC300A090367-I-1.

---

## ON MOTION

---

## ORDER

The Social Security Administration moves without opposition to reform the official caption to designate the Merit Systems Protection Board as the respondent. Telin W. Ozier moves for an extension of time to file the opening brief. Counsel for Ozier moves for leave to withdraw as counsel. Ozier moves to correct the certified list.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Ozier's motion to correct the certified list is denied as moot. The Board submitted a corrected certified list.

(2) The other motions are granted. The revised official caption is reflected above.

(3) The informal brief submitted by Ozier is accepted for filing. The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

__JUN 2 5 2010__                        /s/ Jan Horbaly
        Date                            Jan Horbaly
                                        Clerk

cc: Telin W. Ozier
    Paul B. Eaglin, Esq.
    Leslie Cayer Ohta, Esq.
    Jeffrey Gauger, Esq. (Copy of petitioner's informal
        brief enclosed)

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 2 5 2010**

**JAN HORBALY**
**CLERK**